**RECEIVED**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

APR 0 1 2026

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

Jenna Ione Kaltved,

Plaintiff,

v.

AmeriHome Mortgage Company, LLC; ServiceMac, LLC; Federal National Mortgage Association; Mortgage Electronic Registration Systems, Inc.; Cenlar FSB; Onward Financing LLC,

Defendants.

Adversary Proceeding No. 26-04027

AFFIDAVIT OF SERVICE

I, Faith Sage, being duly sworn, state under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) as follows:

1. I am over the age of 18 and not a party to this action.

2. On March 19, 2026, I served the Amended Adversary Complaint, Motion to Amend, and Cover (b Plaintiff's First Set of Discovery (RFAs, RFPs, ROGs) upon each Defendant by depositing true and correct copies in the United States mail, postage prepaid, via certified mail, return receipt requested, at the addresses below:

AmeriHome Mortgage Company, LLC – c/o United Agent Group Inc, 5200 Willson Road #150, Edina, MN 55424

Certified Mail Tracking No.: ___9589 0710 5270 2936 0651 36___

○ ServiceMac, LLC – c/o Corporate Creations Network Inc, 5200 Willson Road #150, Edina, MN 55424

Certified Mail Tracking No.: 9589 0710 5270 2936 0651 43

○ Onward Financing LLC – c/o CT Corporation Systems Inc, 1010 Dale Street North, St. Paul, MN 55117

Certified Mail Tracking No.: 9589 0710 5270 2936 0651 50

○ Federal National Mortgage Association – 5600 Granite Parkway VII, Plano, TX 75024

Certified Mail Tracking No.: 9589 0710 5270 2936 0655 87

○ Mortgage Electronic Registration Systems, Inc. – 11819 Miami Street, Suite 100, Omaha, NE 68164

Certified Mail Tracking No.: 9589 0710 5270 2936 0655 70

○ Cenlar FSB – 425 Phillips Blvd., Ewing, NJ 08618

Certified Mail Tracking No.: 9589 0710 5270 2936 0655 63

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2026.

Faith Sage, Affiant

FAITH L SAGE
Notary Public
State of Minnesota
My commission expires
1/31/2028