UNITED STATES BANKRUPTCY COURT DISTRICT OF MINNESOTA

In re: Jenna Ione Kaltved f/k/a Jenna Ione Thompson, Debtor.

Case No. 26-40537 (KAC) Chapter 13

Jenna Ione Kaltved, Plaintiff,

v.

Federal National Mortgage Association, et al., Defendants.

Adv. Proc. No. 26-04027

## PROOF OF SERVICE – HAND DELIVERY TO NON-PARTY

I, Jill Sundeen, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am over the age of 18 and not a party to this adversary proceeding.
2. On April 3, 2026, at approximately 11:17 a.m., I personally hand-delivered a true and correct copy of the Subpoena to Produce Documents, Information, or Objects (Official Form B2570) together with attached Exhibit A (Requests for Production of Documents) to Vicki Huebsch, Records Custodian / President / CEO of Partners Title Co., at 7616 Currell Boulevard, Suite 150, Woodbury, Minnesota 55125.
3. Vicki Huebsch accepted the documents and provided her business card at the time of service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2026, at Mora, Minnesota.

Jill Sundeen
41 144th Lane NW
Andover, MN 55304

**RECEIVED**

**APR 0 6 2026**

**TIME:** _____
**CLERK, U.S. BANKRUPTCY COURT**
**MINNEAPOLIS, MINNESOTA**

4/3/26    11:17

P | T

**VICKI HUEBSCH**
President / CEO

612.414.7153  Mobile

Vicki@PartnersTitleCo.com

7616 Currell Blvd., Suite 150
Woodbury, MN 55125

PartnersTitleCo.com

UNITED STATES BANKRUPTCY COURT DISTRICT OF MINNESOTA

In re: Jenna Ione Kaltved f/k/a Jenna Ione Thompson, Debtor.

Case No. 26-40537 (KAC) Chapter 13

Jenna Ione Kaltved, Plaintiff,

v.

Federal National Mortgage Association, et al., Defendants.

Adv. Proc. No. 26-04027

**PROOF OF SERVICE – FIRST-CLASS MAIL TO DEFENDANTS**

I, Jill Sundeen, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am over the age of 18 and not a party to this adversary proceeding.
2. On April 3, 2026, at approximately 10:48 a.m., I deposited in the United States mail, at the New Brighton, Minnesota Post Office, six (6) large envelopes containing a true and correct copy of the Notice of Issuance of Subpoena to Non-Party together with a copy of the Subpoena to Produce Documents, Information, or Objects (Official Form B2570) and attached Exhibit A. Each envelope was properly addressed to counsel of record for the defendants in this adversary proceeding, with first-class postage fully prepaid.
3. The mailing was done in the ordinary course of business, and the envelopes were deposited with the U.S. Postal Service on that same day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2026, at Mora, Minnesota.

*Jill Sundeen*
Jill Sundeen
41 14th Lane NW
Andover, MN 55304


**RECEIVED**

**APR 0 6 2026**

**TIME: _____**
**CLERK, U.S. BANKRUPTCY COURT**
**MINNEAPOLIS, MINNESOTA**

 Gmail

Jenna Kaltved <jennaione@gmail.com>

**Fwd: USPS eReceipt**

Jill Sundeen <jillelizabeth519@gmail.com>
To: jennaione@gmail.com

---------- Forwarded message ---------
From: <DoNotReply@ereceipt.usps.gov>
Date: Fri, Apr 3, 2026 at 10:48 AM
Subject: USPS eReceipt
To: <JILLELIZABETH519@gmail.com>

 **UNITED STATES POSTAL SERVICE ®**

NEW BRIGHTON
525 MAIN ST
SAINT PAUL, MN 55112-9998
www.usps.com

04/03/2026                                      10:48 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope Omaha, NE 68164 Weight: 0 lb 0.80 oz Estimated Delivery Date Mon 04/06/2026 | 1 | | $1.63 |
| First-Class Mail® Large Envelope Plano, TX 75024 Weight: 0 lb 0.80 oz Estimated Delivery Date Mon 04/06/2026 | 1 | | $1.63 |
| First-Class Mail® Large Envelope Trenton, NJ 08618 Weight: 0 lb 0.80 oz Estimated Delivery Date Tue 04/07/2026 | 1 | | $1.63 |
| First-Class Mail® Large Envelope Minneapolis, MN 55424 Weight: 0 lb 0.80 oz Estimated Delivery Date Mon 04/06/2026 | 1 | | $1.63 |
| First-Class Mail® Large Envelope Minneapolis, MN 55424 Weight: 0 lb 0.80 oz Estimated Delivery Date Mon 04/06/2026 | 1 | | $1.63 |
| First-Class Mail® Large Envelope Saint Paul, MN 55117 Weight: 0 lb 0.80 oz Estimated Delivery Date Mon 04/06/2026 | 1 | | $1.63 |

| Grand Total: | $9.78 |
|---|---|
| Cash | $20.00 |
| Change | ($10.22) |

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused
boxes MUST be completely
removed/obliterated if they no longer
match the contents.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team
that delivers! The Postal Service is
actively hiring for full and part-time
positions. To learn more visit us at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

------------------------------------------------------------------------

UFN: 268329-0014
Receipt #: 840-55530268-3-8110018-2
Clerk: 80

**Privacy Act Statement:** Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This
message is for the designated recipient only and may contain privileged,
proprietary, or otherwise private information. If you have received it in
error, please delete. Any other use of this email by you is prohibited.

UNITED STATES BANKRUPTCY COURT DISTRICT OF MINNESOTA

In re: Jenna Ione Kaltved f/k/a Jenna Ione Thompson, Debtor.

Case No. 26-40537 (KAC) Chapter 13

(Complete if issued in an adversary proceeding)

Jenna Ione Kaltved, Plaintiff,

v.

Federal National Mortgage Association, et al., Defendants.

Adv. Proc. No. 26-04027

NOTICE OF ISSUANCE OF SUBPOENA TO NON-PARTY

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4) (made applicable in this adversary proceeding by Federal Rule of Bankruptcy Procedure 9016), Plaintiff Jenna Ione Kaltved has issued a Subpoena to Produce Documents, Information, or Objects to non-party Partners Title Co. (Vicki Huebsch, Records Custodian).

A copy of the Subpoena (Official Form B2570) and attached Exhibit A (Requests for Production of Documents) is enclosed with this Notice.

The Subpoena commands production of documents related to the closing and funding of Loan No. R110892 and due diligence performed in connection with the July 1, 2025 sheriff's sale. Production is due by April 10, 2026.

This Notice is served upon you prior to service of the Subpoena upon the non-party, in compliance with the applicable rules.

Dated: April 3, 2026

Respectfully submitted,

Jenna Ione Kaltved, Pro Se Plaintiff 15581 Iodine Street Northwest Ramsey, Minnesota 55303 jennaione@gmail.com

**RECEIVED**

APR 06 2026

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA