UNITED STATES BANKRUPTCY COURT DISTRICT OF MINNESOTA

In re: Jenna Ione Kaltved f/k/a Jenna Ione Thompson, Debtor.

Case No. 26-40537 (KAC) Chapter 13

Jenna Ione Kaltved, Plaintiff,

v.

Federal National Mortgage Association, et al., Defendants.

Adv. Proc. No. 26-04027

**RECEIVED**

**APR 0 6 2026**

TIME: _____

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

### MOTION TO RATIFY SUBPOENA NUNC PRO TUNC

Plaintiff Jenna Ione Kaltved, pro se, respectfully moves this Court pursuant to Federal Rule of Bankruptcy Procedure 9016 and Federal Rule of Civil Procedure 45 for an order ratifying nunc pro tunc the Subpoena to Produce Documents, Information, or Objects (Official Form B2570) served upon non-party Partners Title Co. on April 3, 2026.

1. On April 3, 2026, Plaintiff caused proper notice and a copy of the Subpoena to be served by first-class mail upon all defendants in this adversary proceeding, in compliance with FRCP 45(a)(4).

2. On April 3, 2026, a non-party adult personally hand-delivered the Subpoena and attached Exhibit A to Vicki Huebsch, Records Custodian of Partners Title Co., at its Woodbury, Minnesota office. Proof of service has been prepared and is being filed at the same time as this motion.

3. As a pro se litigant, Plaintiff completed and signed the Subpoena in the "Attorney's signature" line with the notation "Pro Se Plaintiff." Plaintiff respectfully acknowledges that the preferred procedure under FRCP 45(a)(3) is for the Clerk to issue a signed-but-blank form to the party, who then completes it before service.

4. The Subpoena is narrowly tailored, proportional to the needs of the case, and seeks documents directly relevant to the claims in this adversary proceeding. No prejudice has resulted to any party or the non-party recipient.

Plaintiff therefore respectfully requests that the Court enter an order ratifying the Subpoena nunc pro tunc as properly issued, or in the alternative, directing the Clerk to issue a new Subpoena with identical terms and the original April 10, 2026 production deadline.

Dated: April 6, 2026

Respectfully submitted,

Jenna Ione Kaltved, Pro Se Plaintiff
15581 Iodine Street Northwest
Ramsey, Minnesota 55303
jennaione@gmail.com

UNITED STATES BANKRUPTCY COURT DISTRICT OF MINNESOTA

In re: Jenna Ione Kaltved f/k/a Jenna Ione Thompson, Debtor.

Case No. 26-40537 (KAC) Chapter 13

Jenna Ione Kaltved, Plaintiff,

v.

Federal National Mortgage Association, et al., Defendants.

Adv. Proc. No. 26-04027

ORDER GRANTING MOTION TO RATIFY SUBPOENA NUNC PRO TUNC

This matter is before the Court on Plaintiff's Motion to Ratify Subpoena Nunc Pro Tunc. The Court, having reviewed the motion and being otherwise duly advised in the premises,

IT IS HEREBY ORDERED that the Subpoena to Produce Documents, Information, or Objects (Official Form B2570) served upon non-party Partners Title Co. on April 3, 2026, is ratified nunc pro tunc as properly issued. The Subpoena and its April 10, 2026 production deadline shall remain in full force and effect.

IT IS FURTHER ORDERED that, in the alternative, if ratification is not granted, the Clerk shall issue a new Subpoena with identical terms and the original April 10, 2026 production deadline.

Dated: _____

Honorable Judge _____

United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, Jenna Ione Kaltved, Pro Se Plaintiff, certify under penalty of perjury pursuant to 28 U.S.C. §

1746 that on April 6, 2026, I served a true and correct copy of the foregoing Motion to Ratify

Subpoena Nunc Pro Tunc by first-class mail, postage prepaid, upon the defendants in this

adversary proceeding at the same addresses previously used for service of the Complaint and

discovery requests.

Dated: April 6, 2026

Jenna Ione Kaltved, Pro Se Plaintiff

15581 Iodine Street Northwest

Ramsey, Minnesota 55303

jennaione@gmail.com