UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Adv. Case No.: 26-04027 |
| Jenna Ione Kaltved | Bky. Case No. 26-40537 |

Debtor,

Jenna Ione Kaltved,

Plaintiff,

**NOTICE OF APPEARANCE**

v.

Service Mac LLC, AmeriHome Mortgage
Co., LLC, Onward Financing LLC, Federal
National Mortgage Association, and Mortgage
Electronic Registration Systems, Inc.

Defendants.

The undersigned attorney hereby notifies the Court and counsel that Shaun Redford

shall appear as counsel of record for Defendant Onward Financing LLC in this case.

**REDFORD LAW PA**

Dated: April 9, 2026     /s/ Shaun Redford
Shaun Redford, #390127
Redford Law PA
7201 Ohms Lane, Suite 210
Edina, MN 55439
shaun@redfordlaw.com
(952) 224-3644
*Attorney for Defendant Onward Financing LLC*

1