UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Adv. Case No.: 26-04027 |
| Jenna Ione Kaltved | Bky. Case No. 26-40537 |

Debtor,

Jenna Ione Kaltved,

Plaintiff,

v.

Service Mac LLC, AmeriHome Mortgage
Co., LLC, Onward Financing LLC, Federal
National Mortgage Association, and Mortgage
Electronic Registration Systems, Inc.

Defendants.

**NOTICE OF HEARING ON DEFENDANT ONWARD
FINANCING LLC'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that a hearing on Defendant Onward Financing LLC's

Motion to Dismiss will take place on **June 11, 2026** at **10:30 am** in Courtroom 8W, at the

U.S. Courthouse, Minneapolis Building, 300 South Fourth Street, Minneapolis, MN 55415,

before the Honorable Katherine A. Constantine, U.S. District Judge.  Defendant Onward

Financing LLC will move the Court for an Order to dismiss Plaintiff's Complaint with

prejudice, and for any further relief as the Court may deem just and proper.

Defendant Onward Financing LLC hereby moves the United States Bankruptcy

Court for the District of Minnesota for an Order dismissing Plaintiff Jenna Kaltved's

Complaint with prejudice, and for such other relief as the Court may deem just and proper.

This Motion is based on the accompanying memorandum of law, all of the files, records, and proceedings herein, such argument as may be presented to the Court, and all matters of which the Court may take judicial notice.

**REDFORD LAW PA**

Dated: April 9, 2026

 /s/ Shaun Redford
Shaun Redford, #390127
Redford Law PA
7201 Ohms Lane, Suite 210
Edina, MN 55439
shaun@redfordlaw.com
(952) 224-3644
*Attorney for Defendant Onward Financing LLC*

2