UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Jenna Ione Kaltved<br>              Debtor,<br><br><br>Jenna Ione Kaltved,<br>                    Plaintiff,<br><br>v.<br><br><br>Service Mac LLC, AmeriHome Mortgage<br>Co., LLC, Onward Financing LLC, Federal<br>National Mortgage Association, and Mortgage<br>Electronic Registration Systems, Inc.<br><br><br>                    Defendants. | Adv. Case No.: 26-04027<br>Bky. Case No. 26-40537<br><br><br><br><br>**CERTIFICATE OF SERVICE<br>BY MAIL** |

Natalie McCully, of Redford Law PA, being duly sworn, states:

I hereby certify that on April 9 2026, I served the following 1) **Notice of Appearance**  2) **Rule 7007.1 Corporate Disclosure Statement**; and 3) **Notice of Hearing and Motion to Dismiss** upon Plaintiff Jenna Kaltved by placing an exact copy of the document into an envelope addressed to the Plaintiff at the address indicated below:

> Jenna Kaltved
> 15581 Iodine Street NW
> Ramsey, MN 55303

after affixing postage in the appropriate amount and placing the envelopes in the United States Mail at the City of Edina, Minnesota.

I declare under penalty of perjury that everything I have stated in this document is true and correct.  Minn. Stat. § 358.116.

Dated: <u>April 9, 2026</u>                              <u>/s/ Natalie McCully                    </u>
                                                                         Natalie McCully


Signed in the County of Hennepin
State of Minnesota

1