**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | | |
|---|---|---|---|
| In re: | | | |
| Jenna Ione Kaltved | | Debtor | Bky. 26-40537 |
| Jenna Ione Kaltved | v. | Plaintiff | Adv. 26-04027 |
| ServiceMac LLC;<br>AmeriHome Mortgage Company, LLC;<br>Onward Financing LLC;<br>Federal National Mortgage Association; and<br>Mortgage Electronic Registration Systems, Inc. | | Defendants | |

**DEFENDANTS SERVICEMAC, AMERIHOME, FANNIE**
**MAE, AND MERS' NOTICE OF HEARING AND MOTION**

TO: Jenna Ione Kaltved, Chapter 13 Trustee, and other interested parties.

1.      Defendants ServiceMac, LLC (**ServiceMac**), AmeriHome Mortgage Company, LLC (**AmeriHome**), Federal National Mortgage Association (**Fannie Mae**), and Mortgage Electronic Registration Systems, Inc.'s (**MERS**) ("Movants") move the court for the relief requested below and give notice of hearing.

2.      The court will hold a hearing on this motion on June 11, 2026, at 10:30 a.m., in Courtroom No. 8 West, 300 South Fourth Street, Minneapolis, MN 55415 or as soon thereafter as counsel can be heard.

3.      Any response to this motion must be filed and served not later than June 4, 2026, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays).   UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4.      This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005, and Local Rule 1070-1.   The complaint commencing this adversary proceeding was filed on March 10, 2026.   The adversary is now pending in this court.

5.      This motion arises under Fed. R. Civ. P. 12(b)(6) and Fed. R. Bankr. P. 7012(b)(6).   This motion is filed under Fed. R. Bankr. P. 9013 and 9014 and Local Rule 9013-1.   This motion is based on the accompanying memorandum of law, all of the files, records, and proceedings herein, such argument as may be presented to the court, and all matters of which the court may take judicial notice.

Wherefore, ServiceMac, AmeriHome, Fannie Mae, and MERS request the court enter an order dismissing Jenna Ione Kaltved's adversary complaint with prejudice on the merits and for such other relief as may be just and equitable.

Respectfully submitted,

Dated: April 9, 2026 HINSHAW & CULBERTSON LLP

By: *s/Annie Santos*
M. Annie Santos, Reg. No. 0389206
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Telephone: 612-333-3434
Fax: 612-334-8888
asantos@hinshawlaw.com

ATTORNEYS FOR SERVICEMAC,
AMERIHOME, FANNIE MAE, AND MERS