CERTIFICATE OF SERVICE

I, Jill Sundeen, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that on April 10, 2026, at approximately 9:30 a.m., I personally hand-delivered a true and correct copy of the Subpoena to Produce Documents, Information, or Objects (Official Form B2570), together with the attached Exhibit A, in the matter of Kaltved v. Federal National Mortgage Association, et al., Adversary Proceeding No. 26-04027, pending in the United States Bankruptcy Court for the District of Minnesota, to Vicki Huebsch, Records Custodian, at Partners Title Co., 7616 Currell Boulevard, Suite 150, Woodbury, Minnesota 55125.

Executed on April 10, 2026, at Andover, Minnesota.


Jill Sundeen
41 144th Lane NW
Andover, Minnesota 55304
Phone: 651-202-0124
Email: jillelizabeth519@gmail.com


**RECEIVED**

APR 1 4 2026

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

