UNITED STATES BANKRUPTCY COURT DISTRICT OF MINNESOTA

In re: Jenna Ione Kaltved, Debtor.

Case No. 26-40537 (KAC)

Jenna Ione Kaltved, Plaintiff,

v.

Federal National Mortgage Association et al., Defendants.

Adv. Proc. No. 26-04027

**RECEIVED**

**APR 14 2026**

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

## AFFIDAVIT OF JILL SUNDEEN

I, Jill Sundeen, being first duly sworn on oath, depose and say:

1. I am over the age of 18 and have personal knowledge of the facts stated herein.
2. On April 10, 2026, at approximately 9:35 a.m., I personally served a subpoena (signed by the deputy clerk) and attached Exhibit A on Vicki Huebsch, Records Custodian at Partners Title Co., 7616 Currell Boulevard, Suite 150, Woodbury, Minnesota 55125.
3. After I handed her the documents, Ms. Huebsch was polite and expressed that she really wanted to help Jenna because she is in a difficult situation.
4. Ms. Huebsch stated, however, that she cannot provide any additional documents without a court order, and that she does not have access to the upstream funding source information. She explained that Partners Title only receives the wire and applies it.

Further Affiant sayeth naught.

Executed on April 13, 2026, at _Andover_____, Minnesota.

_Jill Sundeen_____
Jill Sundeen 41 144th Lane NW
Andover, MN 55304 Phone: 651-202-0124
Email: jillelizabeth519@gmail.com

STATE OF MINNESOTA COUNTY OF ANOKA

On this 13 day of April, 2026, before me, a Notary Public, personally appeared _Jill Sundeen_____, known to me to be the person who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

_____

Notary Public My Commission Expires: 01/31/2029



CARTER J. SCHWALEN
Notary Public
Minnesota
My Commission Expires 01/31/2029