UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Jenna Ione Kaltved,

Debtor.

Case No: 26-40537

Chapter 13 Case

Jenna Ione Kaltved,

Plaintiff,

v.

Service Mac LLC,
Ameri Home Mortgage Co, LLC,
Onward Financing LLC,
Federal National Mortgage Association,
Mortgage Electronic Registration Systems, Inc
Cenlar FSB,

Defendants.

Adv. Proc. No: 26-04027

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the hearing will be held at Courtroom 8W, Diana E. Murphy
United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415
on **6/11/26 at 11:45 a.m.** to consider and act on the following:

*16 – Plaintiff's Motion to Compel Rule 26(f) conference filed by Plaintiff Jenna Ione Kaltved.*

Any response to this filing must be filed and served not later than seven (7) days before
the time set for hearing (including Saturdays, Sundays, and holidays), pursuant to Local
Rule 9006-1(b). UNLESS A RESPONSE OPPOSING THE REQUEST IS TIMELY
FILED, THE COURT MAY GRANT THE REQUEST WITHOUT A HEARING.

Dated:  May 1, 2026

Tricia Pepin
Clerk, United States Bankruptcy Court

By: Linda
Deputy Clerk