**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

In re: Jenna Ione Kaltved fka Jenna Ione Thompson, Debtor

Case No. 26-40537  KAC Chapter 13

Jenna Ione Kaltved,

Plaintiff,

v.

AMERIHOME MORTGAGE COMPANY, LLC et al.,

Defendants.

RECEIVED BY MAIL

MAY 0 1 2026

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

Adversary Proceeding No. 26-04027

**PLAINTIFF'S OPPOSITION TO DEFENDANT ONWARD FINANCING LLC'S**

**MOTION TO DISMISS**

Plaintiff Jenna Ione Kaltved, pro se, respectfully opposes Defendant Onward Financing LLC's

Motion to Dismiss (Docket #10).

1.  On April 9, 2026, Defendant Onward filed a one-page Notice of Hearing and Motion to

    Dismiss (Docket #10). The Motion contains **no legal argument and no factual basis**. It

    merely states that Onward moves to dismiss Plaintiff's Complaint with prejudice.

2.  Although the Motion references an "accompanying memorandum of law," **no**

    **memorandum was ever filed with the Court**. The Certificate of Service filed by

    Defendant Onward the same day (Docket #11) certifies service of only the Notice of

    Appearance, Corporate Disclosure Statement, Notice of Hearing, and Motion to Dismiss

    **— with no mention of any supporting memorandum**.

3. On April 21, 2026, Plaintiff emailed counsel for Onward specifically requesting a copy of the supporting memorandum. Counsel never responded. (See Exhibit A — Plaintiff's April 21, 2026 Email).

4. Defendant Onward also requested a meet-and-confer conference on April 9, 2026 pursuant to D. Minn. Local Rule 7.1(a). Plaintiff promptly responded with available dates. Counsel never followed through. As a result, Plaintiff has received **no information** regarding the factual or legal basis for Onward's Motion to Dismiss. (See Exhibit B — Meet and Confer Email Chain).

Because Defendant Onward has failed to provide **any** legal or factual basis for dismissal, and has failed to properly serve a supporting memorandum despite Plaintiff's request, the Motion to Dismiss must be denied.

**WHEREFORE**, Plaintiff respectfully requests that the Court deny Defendant Onward Financing LLC's Motion to Dismiss in its entirety.

Dated: April 29, 2026

Respectfully submitted,

Jenna Ione Kaltved, Pro Se Plaintiff

**Exhibits**

- **Exhibit A**: Your April 21, 2026 email requesting the memorandum

- **Exhibit B**: The April 9–10 meet-and-confer email chain

 Gmail

Jenna Kaltved <jennaione@gmail.com>

## Rule 26(f) Conference in Kaltved v. Service Mac LLC et al., Adv. Proc. No. 26-04027

**Jenna Kaltved** <jennaione@gmail.com>                                           Tue, Apr 21, 2026 at 9:21 AM
To: "Santos, M. Annie" <asantos@hinshawlaw.com>, Shaun Redford <shaun@redfordlaw.com>

Counsel,

I am writing to initiate the Rule 26(f) conference in this adversary proceeding.

I realize I served discovery requests prior to holding the required conference. I am now correcting that procedural step.

Please let me know your availability for a short telephone conference or zoom. I am available this Friday at 11:30 a.m. or any time after, or anytime Monday.

Additionally, Attorney Redford, I received your recent mailing regarding the motions to dismiss but I am unable to locate the supporting memorandum in the materials. Could you please resend it? Thank you.

I look forward to your response so we can schedule the conference promptly.

Thank you,
Jenna Kaltved

 Gmail

## Jenna Ione Kaltved v. Service Mac LLC, et al. - Case 26-04027 - Meet and Confer Request

2 messages

**Shaun Redford** <shaun@redfordlaw.com>
To: Jenna Kaltved <jennaione@gmail.com>

Thu, Apr 9, 2026 at 1:20 PM

Ms. Kaltved,

I represent Onward Financing LLC in the above-referenced Adversary Proceeding. I send this email pursuant to D. Minn. Local Rule 7.1(a) to request to meet and confer with you regarding Onward's intent to file a Motion to Dismiss the Adversary Complaint and to discuss whether the issues to be raised in Onward's Motion can be resolved.

Are you available for a telephone call to discuss this Motion this afternoon or tomorrow?

Thanks,



**Shaun Redford**

Redford Law PA

7201 Ohms Lane, Suite 210

Edina, MN 55439

(952) 224-3644 x2

website | email

**Jenna Kaltved** <jennaione@gmail.com>
To: Shaun Redford <shaun@redfordlaw.com>

Fri, Apr 10, 2026 at 10:16 AM

Dear Mr. Redford,

Thank you for your email. I am not available today, but I am available Monday, April 13, 2026, after 10:00 a.m. Please let me know what times work for you on Monday.

Respectfully, Jenna Ione Kaltved, Pro Se Plaintiff

[Quoted text hidden]

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April, 2026, a true and correct copy of the foregoing

**Plaintiff's Opposition to Defendant Onward Financing LLC's Motion to Dismiss**, including

all attached Exhibits, was served via U.S. Mail, first class postage prepaid, and via electronic

mail upon the following counsel of record:

**Shaun Redford**

Redford Law PA
7201 Ohms Lane, Suite 210
Edina, MN 55439

Email: shaun@redfordlaw.com

Jenna Ione Kaltved, Pro Se

Dated: April 29, 2026

RECEIVED BY MAIL

MAY 0 1 2026

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA