## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In re: Jenna Ione Kaltved
Debtor(s).

Case No.: 26–40537

Chapter 13

Jenna Ione Kaltved
Plaintiff

Adv. Proc. No.: 26–04027

v.

SERVICE MAC LLC
AMERI HOME MORTGAGE CO, LLC
ONWARD FINANCING LLC
Federal National Mortgage Association
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC
Defendant

---

## NOTICE OF TELEPHONIC STATUS CONFERENCE

---

PLEASE TAKE NOTICE that a status conference is scheduled for April 30, 2026 at 09:30 AM and will be held before the Honorable Chief Judge Katherine A. Constantine at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine.

*4 –* Motion to amend complaint filed by Plaintiff Jenna Ione Kaltved. (ANR)Modified on 3/25/2026 (LMO).

Dated: April 29, 2026

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: LMO
Deputy Clerk

**mnbstcfa/b** 5/25

United States Bankruptcy Court

District of Minnesota

Kaltved,

     Plaintiff                                                   Adv. Proc. No. 26-04027-KAC

SERVICE MAC LLC,

     Defendant

# CERTIFICATE OF NOTICE

| District/off: 0864-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: mnbstcfa | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | AMERI HOME MORTGAGE CO, LLC, PO BOX 77404, EWING, NJ 08628-6404 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Apr 29 2026 21:33:00 | Daniel M McDermott, United States Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.dm.ecf@usdoj.gov | Apr 29 2026 21:34:00 | James L. Snyder, 210 Walnut Street, Room 793, Des Moines, IA 50309-2106 |
| ust | + | Email/Text: ashley.wieck@usdoj.gov | Apr 29 2026 21:33:00 | L. Ashley Wieck, Office of the United States Trustee, Department of Justice, 210 Walnut Street, Suite 793, Des Moines, IA 50309-2106 |
| ust | ^ | MEBN | Apr 29 2026 21:32:11 | Laddy Janovsky, DOJ-Ust, 1015 US Courthouse, 300 South Fourth Street, Ste 1015, Minneapolis, MN 55415-3070 |
| ust | ^ | MEBN | Apr 29 2026 21:32:17 | Nissa L Atkinson, 1015 US Courthouse, 300 S 4th St Ste 1015, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Apr 29 2026 21:33:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 29 2026 21:34:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| dft | + | Email/Text: kevin@minnesotamortgagelaw.com | Apr 29 2026 21:34:00 | Federal National Mortgage Association, 4500 Park Glen Road, Suite 300, St. Louis Park, MN 55416-4891 |
| pla | + | Email/PDF: jennaione@gmail.com | Apr 29 2026 21:33:00 | Jenna Ione Kaltved, 15581 Iodine Street NW, ramsey, MN 55303-5741 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC |
| dft | | ONWARD FINANCING LLC |
| dft | | SERVICE MAC LLC |

District/off: 0864-4 | User: admin | Page 2 of 2

Date Rcvd: Apr 29, 2026 | Form ID: mnbstcfa | Total Noticed: 10

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Margaret Ann Santos | on behalf of Defendant Federal National Mortgage Association asantos@hinshawlaw.com  hzopelis@hinshawlaw.com |
| Margaret Ann Santos | on behalf of Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS  INC asantos@hinshawlaw.com, hzopelis@hinshawlaw.com |
| Margaret Ann Santos | on behalf of Defendant AMERI HOME MORTGAGE CO  LLC asantos@hinshawlaw.com, hzopelis@hinshawlaw.com |
| Margaret Ann Santos | on behalf of Defendant SERVICE MAC LLC asantos@hinshawlaw.com  hzopelis@hinshawlaw.com |
| Shaun D Redford | on behalf of Defendant ONWARD FINANCING LLC shaun@redfordlaw.com |

TOTAL: 5