# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Jenna Ione Kaltved, | Chapter 13 |
| Debtor. | Case No. 26-40537 |

Jenna Ione Kaltved,

    Plaintiff

vs.

SERVICE MAC LLC,
AMERI HOME MORTGAGE CO, LLC
ONWARD FINANCING LLC,
Federal National Mortgage Association,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC,
Cenlar FSB,

    Defendants.                                      Adv. No. 26-04027

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing will be held at Courtroom 8W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415 on **Friday, May 22, 2026, at 10:00 a.m.** to consider and act on the following:

*15 – Plaintiff's Expedited Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Eviction filed by Plaintiff Jenna Ione Kaltved*

Any response to this filing must be filed and served not later than seven (7) days before the time set for hearing (including Saturdays, Sundays, and holidays), pursuant to Local Rule 9006-1(b). UNLESS A RESPONSE OPPOSING THE REQUEST IS TIMELY FILED, THE COURT MAY GRANT THE REQUEST WITHOUT A HEARING.

Dated: May 7, 2026

Tricia Pepin
Clerk, United States Bankruptcy Court

By: Linda
Deputy Clerk