**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

    Jenna Ione Kaltved,                                    Chapter 13

       Debtor.                                             Case No. 26-40537

    Jenna Ione Kaltved,

       Plaintiff

vs.

SERVICE MAC LLC,
AMERI HOME MORTGAGE CO, LLC
ONWARD FINANCING LLC,
Federal National Mortgage Association,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC,
Cenlar FSB,

       Defendants.                                        Adv. No. 26-04027

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the hearing will be held at Courtroom 8W, Diana E. Murphy
United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415
on **Friday, May 22, 2026, at 10:00 a.m.** to consider and act on the following:

*7 – Motion to Ratify Subpoena Nunc Pro Tunc filed by Plaintiff Jenna Ione Kaltved*

Any response to this filing must be filed and served not later than seven (7) days before the time
set for hearing (including Saturdays, Sundays, and holidays), pursuant to Local Rule 9006-1(b).
UNLESS A RESPONSE OPPOSING THE REQUEST IS TIMELY FILED, THE COURT
MAY GRANT THE REQUEST WITHOUT A HEARING.

Dated: May 7, 2026

                                       Tricia Pepin
                    Clerk, United States Bankruptcy Court

                                         By: Linda
                                         Deputy Clerk

United States Bankruptcy Court

District of Minnesota

Kaltved,

     Plaintiff

SERVICE MAC LLC,

     Defendant

Adv. Proc. No. 26-04027-KAC

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 07, 2026 | Form ID: pdf111 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | AMERI HOME MORTGAGE CO, LLC, PO BOX 77404, EWING, NJ 08628-6404 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | May 07 2026 22:20:00 | Daniel M McDermott, United States Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.dm.ecf@usdoj.gov | May 07 2026 22:20:00 | James L. Snyder, 210 Walnut Street, Room 793, Des Moines, IA 50309-2106 |
| ust | + | Email/Text: ashley.wieck@usdoj.gov | May 07 2026 22:20:00 | L. Ashley Wieck, Office of the United States Trustee, Department of Justice, 210 Walnut Street, Suite 793, Des Moines, IA 50309-2106 |
| ust | ^ | MEBN | May 07 2026 22:17:51 | Laddy Janovsky, DOJ-Ust, 1015 US Courthouse, 300 South Fourth Street, Ste 1015, Minneapolis, MN 55415-3070 |
| ust | ^ | MEBN | May 07 2026 22:19:10 | Nissa L Atkinson, 1015 US Courthouse, 300 S 4th St Ste 1015, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | May 07 2026 22:20:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | May 07 2026 22:20:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| dft | + | Email/Text: kevin@minnesotamortgagelaw.com | May 07 2026 22:20:00 | Federal National Mortgage Association, 4500 Park Glen Road, Suite 300, St. Louis Park, MN 55416-4891 |
| pla | + | Email/PDF: jennaione@gmail.com | May 07 2026 22:20:00 | Jenna Ione Kaltved, 15581 Iodine Street NW, ramsey, MN 55303-5741 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Cenlar FSB |
| dft | | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC |
| dft | | ONWARD FINANCING LLC |
| dft | | SERVICE MAC LLC |

District/off: 0864-4 User: admin Page 2 of 2
Date Rcvd: May 07, 2026 Form ID: pdf111 Total Noticed: 10
TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Margaret Ann Santos | on behalf of Defendant SERVICE MAC LLC asantos@hinshawlaw.com  hzopelis@hinshawlaw.com |
| Margaret Ann Santos | on behalf of Defendant AMERI HOME MORTGAGE CO  LLC asantos@hinshawlaw.com, hzopelis@hinshawlaw.com |
| Margaret Ann Santos | on behalf of Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS  INC asantos@hinshawlaw.com, hzopelis@hinshawlaw.com |
| Margaret Ann Santos | on behalf of Defendant Federal National Mortgage Association asantos@hinshawlaw.com  hzopelis@hinshawlaw.com |
| Shaun D Redford | on behalf of Defendant ONWARD FINANCING LLC shaun@redfordlaw.com  natalie@redfordlaw.com |

TOTAL: 5