RECEIVED BY MAIL

MAY 08 2026

TIME: _____

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

## Audio Recording/Transcript Order Form

| | |
|---|---|
| **1. Order Request:**<br>☒ Audio Recording<br>☐ Transcript | **2. Date of Order:** 5-6-26 |

**3. Name of Ordering Party:** Jenna Kaltved

**4. Phone Number of Ordering Party:** 612-987-7104

**5. Email Address of Ordering Party:** jennaione@gmail.com

**6. Mailing Address of Ordering Party:** 15581 Iodine St NW Ramsey, MN 55303

**7. Case Number:** 26-40537 / 26-04027

**8. Case Name:** Kaltved v. ServiceMac

**9. Presiding Judge:** Constantine

**10. Date(s) of Proceeding (use one order form for each proceeding):** 4-30-26 status conference

**11. Docket No(s).:** I was driving so could not take notes so need audio please

**12. Audio/Transcript Requested: Specify the portion(s) of the proceeding that you are requesting:**

| | | |
|---|---|---|
| ☒ Entire proceeding | ☐ Court Ruling | |
| ☐ Witness Testimony | ☐ Other: | |

**Complete Items 13-16 for transcript orders only.**

**13. Requesting a Transcript for an Appeal:**

☐ Yes     ☐ No

**14. Transcript Order Delivery Requested (please refer to www.uscourts.gov for current Judicial Conference maximum transcript rates):**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Ordinary (30 days) | | ☐ 14-Day Expedited | | ☐ 7-Day Expedited |
| ☐ 3-Day Expedited | | ☐ Daily | | ☐ Hourly |

**15. Name of Selected Transcriber (see the Court's list of transcribers):**

**16. Email Address of Selected Transcriber:**

**17. Phone Number of Selected Transcriber:**

| | |
|---|---|
| **CERTIFICATION**<br>By signing this document, I certify that I will pay all applicable fees and/or charges.<br>For transcript requests: I certify that I will pay any required deposit, plus any additional charges as specified by the transcriber. | **18. Signature:** *(signed)*<br><br>**19. Date:** 5-6-26 |

Document   Page 2 of 3

An official website of the United States government  Here's how you know

For your security, we recommend you close your browser when you complete your payment.

# Payment Confirmation - MNB Online Payment Form

| ✓ | ✓ | ✓ | ✓ | 5 |
|---|---|---|---|---|
| Before You Begin | Complete Agency Form | Enter Payment Info | Review & Submit | Confirmation |

## Your payment is complete

You will not be able to access this receipt once you leave this page. A confirmation email has been sent to jennaione@gmail.com.

**Because you are not signed in:**

This payment will not show in your payment activity. You can sign in or create an account now and Pay.gov will have a record of your payment.

**To confirm your payment went through:**

Contact the federal government agency you paid. Pay.gov is unable to cancel this transaction.

**We value your feedback!**

Do you have any feedback regarding your Pay.gov experience? Please share it here.

## Tracking Information

Pay.gov Tracking ID: 2822VFPR

Agency Tracking ID: 77379699418

Form Name: MNB Online Payment Form

Application Name: MNB MISC FEES

## Payment Information

Payment Type: Debit card

Payment Amount: $34.00

Transaction Date: 05/06/2026 12:11:46 PM EDT

Payment Date: 05/06/2026

Name: Jenna Kaltved

Telephone: (612) 987-7104

Email Address: jennaione@gmail.com

Case Number: 26-04027

Debtor(s) Name(s): Jenna Ione Kaltved

Description: audio transcript for April 30th status conference regarding pending motions and amended complaint

Clerk:

Fees: Adversary Complaints - $0.00; Amended Schedules - $0.00; Reopen Ch 11 - $0.00; Reopen Ch 12 - $0.00; Reopen Ch 13 - $0.00; Reopen Ch 15 - $0.00; Reopen Ch 7 - $0.00; Reopen Ch 9 - $0.00; Cert Copies of Discharge - $0.00;

Fees.: Pro Hac Vice - $0.00; Cross Appeal - $0.00; Direct Appeal to Circuit - $0.00; Direct Cross Appeal to Circuit - $0.00; Miscellaneous Proceedings - $0.00; Motion for Relief - $0.00; Motion to Compel - $0.00; Motion to Redact - $0.00; .

Fees..: Convert Chapter 11 to Chapter 7 - $0.00; Convert Chapter 12 to Chapter 7 - $0.00; Convert Chapter 13 to Chapter 11 - $0.00; Convert Chapter 13 to Chapter 7 - $0.00; Convert Chapter 7 to Chapter 11 - $0.00; Convert Chapter 7 to Chapter 13 - $0.00;

Fees...: Motion to Sell Property - $0.00; Motion to Sever Chapter 11 - $0.00; Motion to Sever Chapter 12 - $0.00; Motion to Sever Chapter 13 - $0.00; Motion to Sever Chapter 7 - $0.00; Motion to Withdraw Reference - $0.00; Notice of Appeal - $0.00;

Fees....: Returned Payment - $0.00; Transfer of Claim - $0.00; Certified Copies - $0.00; Certificate of Search - $0.00; Certification of Judgment - $0.00; Copies - $0.00; Misc/Other: $34.00;

## Account Information

Cardholder Name: Jenna Kaltved

Card Type: Visa

Card Number: ************7476

# Sign In to your Pay.gov account!