**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| Jenna Ione Kaltved, | Adv. Case No.: 26-04027 |
| Plaintiff, | Bky. Case No. 26-40537 |
| v. | **DEFENDANT ONWARD** |
| | **FINANCING LLC'S RESPONSE TO** |
| Service Mac LLC, AmeriHome Mortgage | **PLAINTIFF'S EXPEDITED** |
| Co., LLC, Onward Financing LLC, Federal | **MOTION FOR TEMPORARY** |
| National Mortgage Association, and Mortgage | **RESTRAINING ORDER,** |
| Electronic Registration Systems, Inc. | **PRELIMINARY INJUNCTION,** |
| | **AND STAY OF EVICTION** |
| Defendants. | |

Defendant Onward Financing LLC is not a party to any eviction action regarding Plaintiff.  Accordingly, Onward Financing LLC does not take a position on Plaintiff's Expedited Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Eviction.

Dated: May 15, 2026                    **REDFORD LAW PA**

                     /s/ Shaun Redford
                    Shaun Redford, #390127
                    Redford Law PA
                    7201 Ohms Lane, Suite 210
                    Edina, MN 55439
                    shaun@redfordlaw.com
                    (952) 224-3644
                    *Attorney for Defendant Onward Financing LLC*

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Adv. Case No.: 26-04027 |
| Jenna Ione Kaltved | Bky. Case No. 26-40537 |
| Debtor, | |
| | |
| Jenna Ione Kaltved, | |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | **BY MAIL** |
| | |
| Service Mac LLC, AmeriHome Mortgage Co., LLC, Onward Financing LLC, Federal National Mortgage Association, and Mortgage Electronic Registration Systems, Inc. | |
| Defendants. | |

Natalie McCully, of Redford Law PA, being duly sworn, states:

I hereby certify that on May 15, 2026, I served the following:

1. Defendant Onward Financing LLC's Response to Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and stay of Eviction

upon Plaintiff Jenna Kaltved by placing an exact copy of the document into an envelope addressed to the Plaintiff at the address indicated below:

> Jenna Kaltved
> 15581 Iodine Street NW
> Ramsey, MN 55303

after affixing postage in the appropriate amount and placing the envelopes in the United States Mail at the City of Eden Prairie, Minnesota.

I declare under penalty of perjury that everything I have stated in this document is true and correct.  Minn. Stat. § 358.116.

Dated: <u>May 15, 2026</u>                    <u>/s/ Natalie McCully</u>
                                                              Natalie McCully

Signed in the County of Hennepin
State of Minnesota

1