## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: | | |
| Jenna Ione Kaltved                                    Debtor | Bky. 26-40537 |
| Jenna Ione Kaltved                    v.            Plaintiff | Adv. 26-04027 |
| ServiceMac LLC;<br>AmeriHome Mortgage Company, LLC;<br>Onward Financing LLC;<br>Federal National Mortgage Association; and<br>Mortgage Electronic Registration Systems, Inc.       Defendants | |

## ORDER DENYING MOTION TO RATIFY
## SUBPOENA NUNC PRO TUNC

Based upon the files, records, and proceedings herein, as well as the arguments of counsel, the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff Jenna Kaltved's Motion to Ratify Subpoena Nunc Pro Tunc [Doc. 7] is DENIED in its entirety, without prejudice.

**BY THE COURT**:

Dated:     *May 22, 2026*                    *s/ Katherine A. Constantine*

Katherine A. Constantine
United States Bankruptcy Judge