# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

|  |  |  |  |
|---|---|---|---|
| In re: |  |  |  |
| Jenna Ione Kaltved | | Debtor | Bky. 26-40537 |
| Jenna Ione Kaltved | v. | Plaintiff | Adv. 26-04027 |
| ServiceMac LLC;<br>AmeriHome Mortgage Company, LLC;<br>Onward Financing LLC;<br>Federal National Mortgage Association; and<br>Mortgage Electronic Registration Systems, Inc. | | Defendants | |

## ORDER DENYING PLAINTIFF'S EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND STAY OF EVICTION

Based upon the files, records, and proceedings herein, as well as the arguments of counsel, the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's Expedited Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Eviction [Doc. 15] is DENIED in its entirety.

**BY THE COURT**:

Dated: *May 22, 2026*

*s/ Katherine A. Constantine*
Katherine A. Constantine
United States Bankruptcy Court