# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Jenna Ione Kaltved,

      Debtor,

Jenna Ione Kaltved,

      Plaintiff,

v.

ServiceMac LLC, AmeriHome Mortgage
Co., LLC, Onward Financing LLC,
Federal
National Mortgage Association, Mortgage
Electronic Registration Systems, Inc., and
Cenlar FSB

      Defendants.

Adv. Case No.: 26-04027

Bky. Case No. 26-40537

## CENLAR FSB'S NOTICE OF HEARING AND MOTION TO DISMISS

TO: Jenna Ione Kaltved, Chapter 13 Trustee, and other interested parties.

1.     Defendant Cenlar FSB ("Cenlar") moves the court for the relief requested below and gives notice of hearing.

2.     The court will hold a hearing on this motion on June 11, 2026, at 10:30 a.m., in Courtroom No. 8 West, 300 South Fourth Street, Minneapolis, MN 55415 or as soon thereafter as counsel can be heard.

3.     Any response to this motion must be filed and served not later than June 4, 2026, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4.     This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005, and Local Rule 1070-1. The complaint commencing

this adversary proceeding was filed on March 10, 2026.  The adversary is now pending in this court.

5.        This motion arises under Fed. R. Civ. P. 12(b)(6) and Fed. R. Bankr. P. 7012(b)(6).  This motion is filed under Fed. R. Bankr. P. 9013 and 9014 and Local Rule 9013-1.  This motion is based on the accompanying memorandum of law, all of the files, records, and proceedings herein, such argument as may be presented to the court, and all matters of which the court may take judicial notice.

Wherefore, Defendant Cenlar FSB requests the court enter an order dismissing Jenna Ione Kaltved's amended adversary complaint with prejudice on the merits and for such other relief as may be just and equitable.

Dated this 1st day of June, 2026.

HUSCH BLACKWELL LLP
Attorneys for Defendant Cenlar FSB

By:   s/ Natalia S. Kruse
        Natalia S. Kruse, 0504307
        80 South 8th Street, Suite 4800
        Minneapolis, Minnesota 55402
        612.852.2700
        612.852.2701 (fax)
        Natalia.Kruse@huschblackwell.com