## Audio Recording/Transcript Order Form

| 1. Order Request:<br><br>☒ Audio Recording<br><br>☒ Transcript | 2. Date of Order:<br><br>June 11, 2026 | 3. Name of Ordering Party:<br><br>Jenna Kaltved |
|---|---|---|

| 4. Phone Number of Ordering Party: 612-987-7104 | 5. Email Address of Ordering Party: jennaione@gmail.com |
|---|---|

| 6. Mailing Address of Ordering Party:<br>15581 Iodine St NW<br>Ramsey, MN 55303 | 7. Case Number:<br><br>26-04027 |
|---|---|

| 8. Case Name:<br>Jenna Kaltved v.<br>Service Mac LLC et al. | 9. Presiding Judge<br><br>Constantine | 10. Date(s) of Proceeding (use one order form for each proceeding):<br><br>June 11, 2026 |
|---|---|---|

**11.** Docket No(s).:

**12.** Audio/Transcript Requested: Specify the portion(s) of the proceeding that you are requesting:

| ☒ Entire proceeding | | ☐ Court Ruling | |
|---|---|---|---|
| ☒ Witness Testimony | | ☐ Other: | |

**Complete Items 13-16 for transcript orders only.**

**13.** Requesting a Transcript for an Appeal:

☒ Yes          ☐ No

**14.** Transcript Order Delivery Requested (please refer to www.uscourts.gov for current Judicial Conference maximum transcript rates):

| ☒ Ordinary (30 days) | | ☐ 14-Day Expedited | | ☐ 7-Day Expedited |
|---|---|---|---|---|
| ☐ 3-Day Expedited | | ☐ Daily | | ☐ Hourly |

**15.** Name of Selected Transcriber (see the Court's list of transcribers): A & S Transcript Providers d/b/a Price Transcript Service

**16.** Email Address of Selected Transcriber: price transcript@earthlink.net

**17.** Phone Number of Selected Transcriber:

| CERTIFICATION<br>By signing this document, I certify that I will pay all applicable fees and/or charges.<br>For transcript requests: I certify that I will pay any required deposit, plus any additional charges as specified by the transcriber. | 18. Signature:<br><br>Jenna Kaltved |
|---|---|
| | 19. Date:<br><br>June 11, 2026 |

Paid   $34   June 11, 2026

RECEIVED
RECEIVED

JUN 11 2026
JUN 11 2026

TIME: _____
TIME: _____
CLERK, U.S. BANKRUPTCY COURT
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA
MINNEAPOLIS, MINNESOTA