**UNITED STATES BANKRUPTCY**

**APPELLATE PANEL**

**FOR THE EIGHTH CIRCUIT**

In re: JENNA IONE KALTVED, Debtor.

JENNA IONE KALTVED, Plaintiff/Appellant,

v.

SERVICE MAC LLC, et al., Defendants/Appellees.

**Case No. 26-04027 (Bankruptcy Court)**

**NOTICE OF APPEAL**

Notice is hereby given that Jenna Ione Kaltved, Plaintiff in the above-referenced adversary

proceeding, hereby appeals to the Bankruptcy Appellate Panel for the Eighth Circuit from the

Bankruptcy Court's orders entered on June 11, 2026, granting Defendants' Motions to Dismiss

and denying Plaintiff's Motion for Reconsideration of Preliminary Injunction Denial and

Plaintiff's Motion for Stay of Proceedings.

This appeal is taken to the Bankruptcy Appellate Panel of the Eighth Circuit.

Dated: June 12, 2026

Respectfully submitted,

Jenna Ione Kaltved, Plaintiff/Appellant, Pro Se

15581 Iodine Street NW
Ramsey, MN 55303
(612) 987-7104
jennaione@gmail.com

RECEIVED

JUN 1 2 2026

TIME: 8:45

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, I caused a true and correct copy of the foregoing **Notice of Appeal** to be served on all parties of record via the Court's CM/ECF system as follows:

**Counsel for Servicemac LLC, AmeriHome Mortgage Company, LLC, Fannie Mae, and Mortgage Electronic Registration Systems, Inc.:**
M. Annie Santos, Esq. Hinshaw & Culbertson LLP
asantos@hinshawlaw.com

**Counsel for Onward Financing, LLC:**
Shaun Redford, Esq. Redford Law
shaun@redfordlaw.com

**Counsel for Cenlar FSB:**
Natalia Kruse, Esq. Husch Blackwell LLP
natalia.kruse@huschblackwell.com

I further certify that a copy was served on the Office of the United States Trustee via CM/ECF.

Date: June 12, 2026

Jenna Ione Kaltved