# U.S. BANKRUPTCY APPELLATE PANEL
## FOR THE EIGHTH CIRCUIT

### APPEAL BRIEFING SCHEDULE

Appeal No.    26-6021   Jenna Kaltved v. ServiceMac, LLC, et al

Date:        June 12, 2026

      This schedule has been established in conformity with Fed.R. Bankr.P. 8015 and 8016. Extensions of time will not be routinely granted.

### TRANSCRIPT REQUIREMENTS:

      The transcript must be ordered <u>within fourteen days</u> of the filing of the notice of appeal. Counsel may not "buy time" to file a brief by failing to timely order a transcript. Failure of appellant to provide the transcript may result in the dismissal of the appeal.

### FILING DATES:

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **07/13/2026**

Appellant Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**08/11/2026**
    **( Jenna Kaltved )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . .**30 days from service of Appellant Brief**

Reply Brief (optional) . . . . . . . . . . . . . . . . . . . . . . .**14 days from service of Appellee's Brief**