# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

    Jenna Ione Kaltved,                              Chapter 13

        Debtor.                            Case No. 26-40537

Jenna Ione Kaltved,

        Plaintiff

vs.

ServiceMac LLC,                             Adv. No. 26-04027
AmeriHome Mortgage Company, LLC,
Onward Financing LLC,
Federal National Mortgage Association,
Mortgage Electronic Registration Systems, Inc.,
and Cenlar FSB,

        Defendants.

## ORDER DENYING STAY PENDING APPEAL

This proceeding came before the court on June 12, 2026, on the Plaintiff's Motion for Stay Pending Appeal [Doc 58] made pursuant to Fed. R. Bankr. P. 8007(a). The factors for determining whether a stay should be granted are: "(1) whether the stay applicant has made a strong showing that [applicant] is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *See Nken v. Holder*, 556 U.S. 418, 434 (2009). These factors have substantial overlap with the factors governing preliminary injunctions. *Id.* The Plaintiff's support for granting a stay are the same arguments made during the hearing on the motion to dismiss and the motion to reconsider the order denying the preliminary injunction. Based on the record,

    IT IS ORDERED:

    The Motion for Stay Pending Appeal is denied.

Dated:  *June 12, 2026*

                                    *s/ Katherine A. Constantine*
                                    Katherine A. Constantine
                                    United States Bankruptcy Judge